**Abraham LALAWI, Petitioner,**

v.

**Alberto R. GONZALES, Attorney
General, Respondent.**

No. 04–2518, 05–1154.

United States Court of Appeals,
Fourth Circuit.

Submitted July 15, 2005.

Decided Aug. 8, 2005.

Armin A. Skalmowski, Alhambra, Cali-
fornia, for Petitioner. Paul J. McNulty,
United States Attorney, Brian E. Bentley,
Special Assistant United States Attorney,
Alexandria, Virginia, for Respondent.

Before LUTTIG, MOTZ, and SHEDD,
Circuit Judges.

Petitions denied by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

In these consolidated petitions for review, Abraham Lalawi, a native and citizen of Indonesia who claims he is a Christian of Chinese ethnicity, seeks review of orders issued by the Board of Immigration Appeals (Board) denying his motion to reopen removal proceedings (No. 04–2518) and denying his motion to reconsider that order (No. 05–1154). We have reviewed the administrative record and conclude the Board did not abuse its discretion in denying Lalawi's motions. *See* 8 C.F.R. § 1003.2(a), (b) (2005).

We accordingly deny the petitions for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITIONS DENIED*